GEORGE F. HEWSON COMPANY, RESPONDENT, v. JOHN EBERSBERGER, APPELLANT.

Submitted February 17, 1928—Decided May 14, 1928.

For the respondent, *Aaron Marder*.

For the appellant, *Fast & Fast*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  13.

*For reversal*—None.